*Kelly A. Copeland*

**FILED**

JUL 1 6 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **JAMES C. STEPHENS, et al.,** | )   **Case No. 4:00-CV-144** |
|     **Plaintiffs,** | ) |
|     **vs.** | )   **Judge Dan Aaron Polster** |
| **U.S. AIRWAYS GROUP, INC., et al.,** | )   <u>**TRANSFER ORDER**</u> |
|     **Defendants.** | )   Case: 1:07-cv-01264 |

Assigned To : Collyer, Rosemary M.
Assign. Date : 7/16/2007
Description: Labor-ERISA

Before the Court is the Motion to Dismiss Plaintiff's [sic] Third Amended

Complaint filed by Defendant Pension Benefits Guaranty Corporation ("PBGC") **(ECF No. 81)**.

For the reasons stated below, the Court **TRANSFERS** the matter to the United States District

Court for the District of Columbia.

## I. BACKGROUND

Plaintiffs' original Complaint, filed on January 18, 2000, named as defendants

U.S. Airways Group, Inc. ("US Air"), and Retirement Income Plan for Pilots of U.S. Air, Inc.

("the Plan") (collectively the "U.S. Air Defendants"). (ECF No. 1, Compl.) Plaintiffs sought

class certification, and claimed certain violations of their rights (and the rights of others similarly

situated) pursuant to the Employee Retirement and Income Security Act ("ERISA"). (*Id.*) After

extensive motion practice, the Court granted the U.S. Air Defendants' Motion to Dismiss or, in

the Alternative, for Summary Judgment in a Memorandum of Opinion and Order dated July 25, 2001.[1] (ECF No. 61.)

On August 23, 2001, Plaintiffs timely appealed the Court's final judgment to the United States Court of Appeals for the Sixth Circuit. (*See* ECF No. 63.) Within a year, however, US Air filed the first of two reorganization proceedings in the Bankruptcy Court for the Eastern District of Virginia. (*See* ECF No. 81-2, Def. Mem. In Supp. of Mot. Diss.[2], 2; *In re US Airways Group, Inc.*, 296 B.R. 734, 738 (Bankr. E.D. Va., Mar. 7, 2003).) The Sixth Circuit therefore stayed the case on appeal until US Air emerged from the second bankruptcy proceeding in 2005. (ECF No. 81-2, Def. Mem. Supp. at 2-3.) During the interim period, the Plan was terminated as of March 31, 2003, and PBGC became the statutory trustee of the Plan the same day. (*Id.* at 2.)

After the case resumed before the Sixth Circuit in 2005, the court of appeals granted PBGC's motion to be substituted as appellate counsel. (*See* ECF No. 67). The court of appeals also granted US Air's motion to be dismissed as a party to the appeal. (*See* ECF No. 68). On September 13, 2006, the Sixth Circuit issued its opinion, affirming in part and reversing in part, (*see* ECF No. 69), and consequently the case returned to the Court for further proceedings.

---

[1] The instant opinion addresses procedural matters. For a more detailed discussion of the substantive arguments in this case, see the Court's July 25, 2001 Memorandum of Opinion and Order, and *Stephens v. Retirement Income Plan for Pilots of U.S. Air, Inc.*, 464 F.3d 606 (6th Cir. 2006).

[2] ECF Document No. 81 is Defendant's Motion to Dismiss Plaintiff's [sic] Third Amended Complaint. ECF Document No. 81-2 is Defendant's accompanying Memorandum In Support of the Motion to Dismiss (hereinafter "Def. Mem. Supp.).

In light of the Sixth Circuit's opinion, the Court conducted several teleconferences with counsel, hoping to mediate a settlement.[3] (*See* ECF entries for Dec. 18, 2006; Jan. 29, 2007; ECF No. 73.) In a teleconference with counsel on March 5, 2007, the participants discussed a potential framework for settlement talks, and PBGC raised the issue of venue along with other legal issues. As a result of the concerns expressed by both sides, the Court ordered additional motion practice, which included an order for Plaintiffs to file a Third Amended Complaint, to which PBGC was to file a responsive pleading in the form of a Motion to Dismiss or Transfer for Lack of Venue. (*See* ECF No. 73.)

## II. DEFENDANT PBGC'S INSTANT MOTION TO DISMISS

Pursuant to the Court's order, Plaintiffs filed their Third Amended Complaint on March 30, 2007. (ECF No. 75.) PBGC, in turn, filed a document entitled Motion to Dismiss on April 30, 2007, along with a supporting memorandum. (ECF No. 81.) The parties also filed an opposition brief and reply brief, respectively. (ECF Nos. 84; 85.) In its Motion to Dismiss and related briefs, PBGC argued, *inter alia*, that venue does not lie in the Northern District of Ohio, and that the proper venue is the District Court for the District of Columbia. (ECF No. 81-2, Def. Mem. Supp. 9-11.) Despite Plaintiffs' well-written arguments to the contrary, the Court agrees with PBGC's venue position.

Critically, 29 U.S.C. § 1303(f) specifically and narrowly provides for venue in actions against PBGC, both as a statutory trustee and as successor-in-interest to a terminated

---

[3]Notably, PBGC stands as the sole defendant in the case on remand; Plaintiffs' Third Amended Complaint alleges claims against PBGC as the successor-in-interest to the Plan, as well as current trustee of the Plan. (*See* ECF No. 75, Third Amend. Compl., ¶ 1; ECF No. 81-2, Def. Mem. Supp., 3.) As a result, current defense counsel is different than defense counsel at the outset of the case. Similarly, counsel for Plaintiffs has changed since the case's inception. (*See* ECF No. 72.)

plan.  Subchapter § 1303(f)(2) instructs that the appropriate forum is one of three options:

> (A) the United States district court before which [pension plan termination proceedings] are being conducted, (B) if no such proceedings are being conducted, the United States district court for the judicial district in which the plan has its principal office, or (C) the United States District Court for the District of Columbia."

29 U.S.C. § 1303(f)(2).  Here, option (A) does not apply, because the Plan was terminated more than four years ago.  Similarly option (B) does not apply because the Plan, previously terminated, consequently no longer has a "principal office."  Therefore, by process of elimination, only option (C) remains; the District Court for the District of Columbia is the sole proper venue for Plaintiffs' case at this point.

Accordingly, the Court finds, pursuant to 28 U.S.C. § 1406(a), that it is in the interest of justice to transfer the case to the District Court for the District of Columbia.  This moots the portion of PBGC's Motion to Dismiss dealing with venue.  The Court is not ruling on any other part of PBGC's Motion to Dismiss.

### III.  CONCLUSION

For the reasons stated above, the Court hereby directs the Clerk of Court to **TRANSFER** the above-captioned case to the United States District Court for the District of Columbia.

**IT IS SO ORDERED.**

*/s/ Dan Aaron Polster    June 28, 2007*
**Dan Aaron Polster**
**United States District Judge**

-4-

Cat06, Gallas, Termed, Transf

# U.S. District Court
## Northern District of Ohio (Youngstown)
## CIVIL DOCKET FOR CASE #: 4:00-cv-00144-DAP

Stephens et al v. US Airways Group, Inc. et al
Assigned to: Hon. Dan Aaron Polster
Cause: 29:1132 E.R.I.S.A.-Employee Benefits

Date Filed: 01/18/2000
Date Terminated: 06/28/2007
Jury Demand: None
Nature of Suit: 791 Labor: E.R.I.S.A.
Jurisdiction: Federal Question

**Plaintiff**

**James C. Stephens**                    represented by    **Jacks C. Nickens, Jr.**
Nickens Keeton Lawless Farrell & Flack

Ste. 7500
600 Travis Street
Houston, TX 77002
713-353-6668
Fax: 713-571-9652
Email: jnickens@nickenskeeton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica L. Wilson**
Nickens Keeton Lawless Farrell & Flack

Ste. 7500
600 Travis Street
Houston, TX 77002
713-353-6691
Fax: 713-571-9652
Email: jwilson@nickenskeeton.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Karen**
Cohen, Milstein, Hausfeld & Toll
500 West Tower
1100 New York Avenue, NW
Washington, DC 20005-3964
202-408-4600
Fax: 202-408-4699
Email: akaren@cmht.com
*TERMINATED: 01/26/2007*

**Jori B. Naegele**
Gary, Naegele & Theado
446 Broadway
Lorain, OH 44052-1797
440-244-4809
Fax: 440-244-3462
Email: envirolit@aol.com
*TERMINATED: 01/26/2007*

**Joseph M. Sellers**
Cohen, Milstein, Hausfeld & Toll
500 West Tower
1100 New York Avenue, NW
Washington, DC 20005-3964
202-408-4600
Fax: 202-408-4699
Email: jsellers@cmht.com
*TERMINATED: 01/26/2007*

**Marc I. Machiz**
Cohen, Milstein, Hausfeld & Toll
500 West Tower
1100 New York Avenue, NW
Washington, DC 20005-3964
202-408-4600
Fax: 202-408-4699
Email: mmachiz@cmht.com
*TERMINATED: 01/26/2007*

**Robert D. Gary**
Gary, Naegele & Theado
446 Broadway
Lorain, OH 44052-1797
440-244-4809
Fax: 440-244-3462
Email: envirolit@aol.com
*TERMINATED: 01/26/2007*

**Thomas A. Downie**
Gary, Naegele & Theado
446 Broadway
Lorain, OH 44052-1797
(440) 244-4809
Fax: (440) 244-3462
Email: envirolit@aol.com
*TERMINATED: 01/26/2007*

Thomas R. Theado
Gary, Naegele & Theado
446 Broadway
Lorain, OH 44052-1797
440-244-4809
Fax: 440-244-3462
Email: envirolit@aol.com
*TERMINATED: 01/26/2007*

**Plaintiff**

**Floyd G. Stephens**                     represented by  **Jacks C. Nickens, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jessica L. Wilson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Karen**
(See above for address)
*TERMINATED: 01/26/2007*

**Jori B. Naegele**
(See above for address)
*TERMINATED: 01/26/2007*

**Joseph M. Sellers**
(See above for address)
*TERMINATED: 01/26/2007*

**Marc I. Machiz**
(See above for address)
*TERMINATED: 01/26/2007*

**Robert D. Gary**
(See above for address)
*TERMINATED: 01/26/2007*

**Thomas A. Downie**
(See above for address)
*TERMINATED: 01/26/2007*

**Thomas R. Theado**
(See above for address)
*TERMINATED: 01/26/2007*

**Plaintiff**

**Richard Mahoney**
          represented by    **Jacks C. Nickens, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO NOTICED*

    **Jessica L. Wilson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

    **Ari Karen**
(See above for address)
*TERMINATED: 01/26/2007*

    **Jori B. Naegele**
(See above for address)
*TERMINATED: 01/26/2007*

    **Joseph M. Sellers**
(See above for address)
*TERMINATED: 01/26/2007*

    **Marc I. Machiz**
(See above for address)
*TERMINATED: 01/26/2007*

    **Robert D. Gary**
(See above for address)
*TERMINATED: 01/26/2007*

    **Thomas A. Downie**
(See above for address)
*TERMINATED: 01/26/2007*

    **Thomas R. Theado**
(See above for address)
*TERMINATED: 01/26/2007*

**Plaintiff**

**Donald V. Nippert**
          represented by    **Jacks C. Nickens, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

    **Jessica L. Wilson**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ari Karen**
(See above for address)
*TERMINATED: 01/26/2007*

**Jori B. Naegele**
(See above for address)
*TERMINATED: 01/26/2007*

**Joseph M. Sellers**
(See above for address)
*TERMINATED: 01/26/2007*

**Marc I. Machiz**
(See above for address)
*TERMINATED: 01/26/2007*

**Robert D. Gary**
(See above for address)
*TERMINATED: 01/26/2007*

**Thomas A. Downie**
(See above for address)
*TERMINATED: 01/26/2007*

**Thomas R. Theado**
(See above for address)
*TERMINATED: 01/26/2007*

V.

**Defendant**

US Airways Group, Inc.                    represented by  **Jeffrey D. Zimon**
                                                          Benesch, Friedlander, Coplan & Aronoff

                                                          2300 BP America Bldg.
                                                          200 Public Square
                                                          Cleveland, OH 44114
                                                          216-363-4657
                                                          Fax: 216-363-4588
                                                          Email: jzimon@bfca.com
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Karen M. Wahle**
                                                          O'Melveny & Myers

Ste. 500 West
555 13th Street, NW
Washington, DC 20004-1109
202-383-5366
Fax: 202-383-5414
Email: kwahle@omm.com
*ATTORNEY TO BE NOTICED*

**Kurt J. Smidansky**
INVALID - Jackson Lewis
Ste. 300
11 Federal Plaza Central
Youngstown, OH 44503
330-746-2324
Fax: 330-746-7023
*ATTORNEY TO BE NOTICED*

**Rachel A. Shapiro**
O'Melveny & Myers
Ste. 500 West
555 13th Street, NW
Washington, DC 20004-1109
202-383-5357
Fax: 202-383-5414
Email: rshapiro@omm.com
*ATTORNEY TO BE NOTICED*

**Tom A. Jerman**
O'Melveny & Myers
Ste. 500W
555 13th Street, NW
Washington, DC 20004
202-383-5233
Fax: 202-383-5414
Email: tjerman@omm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Retirement Income Plan for Pilots of U.S. Air, Inc.**     represented by **Jeffrey D. Zimon**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karen M. Wahle**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kurt J. Smidansky**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Rachel A. Shapiro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Tom A. Jerman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pension Benefit Guaranty
Corporation**                          represented by **Charles L. Finke**
Pension Benefit Guaranty Corporation
Office of the General Counsel
Ste. 340
1200 K Street, NW
Washington, DC 20005
202-326-4020
Fax: 202-326-4112

**Israel Goldowitz**
Pension Benefit Guaranty Corporation
Ste. 340
1200 K Street, NW
Washington, DC 20005-4026
202-326-4020
Fax: 202-326-4112
Email: Goldowitz.Israel@PBGC.gov
*ATTORNEY TO BE NOTICED*

**Jean Marie Breen**
Pension Benefit Guaranty Corporation
Office of the General Counsel
Ste. 340
1200 K Street, NW
Washington, DC 20005
202-326-4020
Fax: 202-326-4112
Email: breen.jean@pbgc.gov
*ATTORNEY TO BE NOTICED*

**Stephanie L. Thomas**
Pension Benefit Guaranty Corporation
Ste. 340
1200 K Street, NW
Washington, DC 20005
202-326-4020 x 3457
Fax: 202-326-4112

Email: thomas.stephanie@pbgc.gov
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/18/2000 | 1 | Complaint (two sets of waiver of summons and Magistrate Consent Forms issued) against Retirement Income Plan for Pilots of U.S. Air, Inc., US Airways Group, Inc.. filed by Jori B. Naegele of Gary, Naegele & Theado on behalf of Donald V. Nippert, Floyd G. Stephens, James C. Stephens. Filing fee collected, receipt #614004. (Attachments: # 1 Civil Cover Sheet)(M, J) (Entered: 11/02/2000) |
| 01/18/2000 | 2 | Random Assignment of Magistrate Judge Gallas.(M, J) (Entered: 11/02/2000) |
| 01/18/2000 | 3 | Case Information Statement *; Track Requested: Standard,* filed by Jori B. Naegele of Gary, Naegele & Theado on behalf of all plaintiffs.(M, J) (Entered: 11/02/2000) |
| 01/24/2000 | 4 | Letter *(copies) from CT Corporation dated 1/20/2000 regarding process of service upon defendants,* (related document(s)1) filed by Jori B. Naegele of Gary, Naegele & Theado on behalf of all plaintiffs.(M, J) (Entered: 11/02/2000) |
| 02/09/2000 | 5 | First Amended complaint *, class action,* against Retirement Income Plan for Pilots of U.S. Air, Inc., US Airways Group, Inc.. (related document(s)1) filed by Jori B. Naegele of Gary, Naegele & Theado on behalf of Richard Mahoney, Donald V. Nippert, Floyd G. Stephens, James C. Stephens.(M, J) (Entered: 11/02/2000) |
| 03/16/2000 | 6 | Motion for appearance pro hac vice of *Joseph M. Sellers,* filed by Jori B. Naegele of Gary, Naegele & Theado on behalf of all plaintiffs.(M, J) (Entered: 11/02/2000) |
| 03/16/2000 | 7 | Motion for appearance pro hac vice of *Ari Karen,* filed by Jori B. Naegele of Gary, Naegele & Theado on behalf of all plaintiffs.(M, J) (Entered: 11/02/2000) |
| 03/20/2000 | 8 | Motion for summary judgment *or, in the alternative,* Motion to dismiss case (related document(s)5, 1) filed by Jeffrey D. Zimon of Benesch Friedlander Coplan & Aronoff on behalf of all defendants. (Attachments: # 1 Memorandum in Support# 2 Declaration of Jeffrey D. Zimon# 3 Exhibits (Complete Document On File In Clerk's Office))(M, J) (Entered: 11/02/2000) |
| 03/22/2000 | 9 | Marginal Order signed on 3/22/2000 Granting Motion by plaintiffs for Joseph M. Sellers to appear pro hac vice, (Related Doc # 6). Judge Dan A. Polster (M, J) (Entered: 11/02/2000) |
| 03/22/2000 | 10 | Marginal Order signed on 3/22/2000 Granting Motion by plaintiffs for Ari Karen to appear pro hac vice, (Related Doc # 7). Judge Dan A. Polster (M, J) |

(Entered: 11/02/2000)

| 03/30/2000 | [11] | Motion for appearance pro hac vice of *Tom A Jerman, Karen M. Wahle and Rachel A. Shapiro,* filed by Jeffrey D. Zimon of Benesch Friedlander Coplan & Aronoff on behalf of all defendants. (Attachments: # [1] Exhibit A# [2] Exhibit B# [3] Exhibit C)(M, J) (Entered: 11/02/2000) |
|---|---|---|
| 03/31/2000 | [12] | Motion for extension of time to file response/reply *until 4/26/2000 to defendants' motion to dismiss or, in the alternative summary judgment and,* Motion for extension of time to file *a motion for class certification,* (related document(s)[8]) filed by Thomas A. Downie of Gary, Naegele & Theado on behalf of all plaintiffs.(M, J) (Entered: 11/02/2000) |
| 03/31/2000 | [13] | Marginal Order signed on 3/31/2000 Granting Motion by plaintiffs for extension of time until 4/26/2000 to file response to defendants' motion to dismiss or, in the alternative summary judgment (Related Doc # [12]), and Granting Motion by plaintiffs for an extension of time to file a motion for class certification (Related Doc # [12]). Judge Dan A. Polster (M, J) (Entered: 11/02/2000) |
| 04/11/2000 | [14] | Marginal Order signed on 4/11/2000 Granting Motion by defendants for Tom A. Jerman, Karen M. Wahle and Rachel A. Shapiro to appear pro hac vice, (Related Doc # [11]). Judge Dan A. Polster (M, J) (Entered: 11/02/2000) |
| 04/19/2000 | [15] | Motion for extension of time to file response/reply *for three days to defendants motion to dismiss or, in the alternative summary judgment and to file their motion for class certification,* (related document(s)[8]) filed by Thomas A. Downie of Gary, Naegele & Theado on behalf of all plaintiffs.(M, J) (Entered: 11/02/2000) |
| 04/20/2000 | [16] | Marginal Order signed on 4/20/2000 Granting Motion by plaintiffs for extension of time until 5/1/2000 to file response to defendants' motion to dismiss or, in the alternative summary judgment and to file their motion for class certification (Related Doc # [15]). Judge Dan A. Polster (M, J) (Entered: 11/02/2000) |
| 04/27/2000 | [17] | Motion for extension of time to file response/reply *until 5/26/2000 to plaintiffs' opposition to defendants' motion to dismiss or, in the alternative summary judgment,* (related document(s)[8]) filed by Jeffrey D. Zimon of Benesch Friedlander Coplan & Aronoff on behalf of all defendants.(M, J) (Entered: 11/02/2000) |
| 05/01/2000 | [18] | Motion for leave to file excess pages *to respond to defendants' motion to dimiss or, in the alternative summary judgment,* (related document(s)[8]) filed by Jori B. Naegele of Gary, Naegele & Theado on behalf of all plaintiffs.(M, J) (Entered: 11/02/2000) |
| 05/03/2000 | [19] | Marginal Order signed on 5/3/2000 Granting Motion by defendants for extension of time until 5/26/2000 to file a reply to plaintiffs' opposition to their motion to dismiss or, in the alternative summsry judgment (Related Doc # [17]). Judge Dan A. Polster (M, J) (Entered: 11/02/2000) |

| 05/05/2000 | 20 | Marginal Order signed on 5/5/2000 Granting Motion by plaintiffs for leave to file excess pages in response to defendants' motion to dismiss or, in the alternative summary judgment (Related Doc # 18). Judge Dan A. Polster (M, J) (Entered: 11/02/2000) |
|---|---|---|
| 05/05/2000 | 21 | Opposition *to defendants' motion to dismiss or, in the alternative summary judgment (Complete Document On File In Clerk's Office),* filed by Jori B. Naegele of Gary, Naegele & Theado on behalf of all plaintiffs. (Related motion(s)8) (M, J) (Entered: 11/02/2000) |
| 05/08/2000 | 22 | Attorney Appearance filed by Joseph M. Sellers of Cohen, Milstein, Hausfeld & Toll on behalf of all plaintiffs.(M, J) (Entered: 11/02/2000) |
| 05/08/2000 | 23 | Attorney Appearance filed by Ari Karen of Cohen, Milstein, Hausfeld & Toll on behalf of all plaintiffs.(M, J) (Entered: 11/02/2000) |
| 05/25/2000 | 24 | Joint Motion for order *to set a new briefing schedule and,* Joint Motion for plaintiff to amend complaint (related document(s)5, 8, 1) filed by Jeffrey D. Zimon and Jori Bloom Naegele on behalf of all parties. (M, J) (Entered: 11/02/2000) |
| 05/25/2000 | 25 | Order signed on 5/25/2000 Granting Joint Motion by the parties for plaintiffs to file a second amended complaint by 6/1/2000 (Related Doc # 24), and Granting Motion for new briefing schedule (Related Doc # 24) Dispositive Motions as to second amended complaint due by 7/1/2000, responses by 8/1/2000 and replies by 9/1/2000. Judge Dan A. Polster (M, J) (Entered: 11/02/2000) |
| 06/01/2000 | 26 | Second Amended complaint *, class action,* against Retirement Income Plan for Pilots of U.S. Air, Inc., US Airways Group, Inc.. (related document(s)5, 1) filed by Jori B. Naegele of Gary, Naegele & Theado on behalf of Richard Mahoney, Donald V. Nippert, Floyd G. Stephens, James C. Stephens.(M, J) (Entered: 11/02/2000) |
| 06/14/2000 | 27 | Motion for appearance pro hac vice of *Marc I. Machiz,* filed by Thomas A. Downie of Gary, Naegele & Theado on behalf of all plaintiffs.(M, J) (Entered: 11/02/2000) |
| 06/15/2000 | 28 | Marginal Order signed on 6/15/2000 Granting Motion by plaintiffs for Marc I. Machiz to appear pro hac vice, (Related Doc # 27). Judge Dan A. Polster (M, J) (Entered: 11/02/2000) |
| 06/27/2000 | 29 | Motion for extension of time to file dispositive motion *until 7/10/2000 as to motion to dismiss or, in the alternative summary judgment,* filed by Jeffrey D. Zimon of Benesch Friedlander Coplan & Aronoff on behalf of all defendants.(M, J) (Entered: 11/02/2000) |
| 07/05/2000 | 30 | Marginal Order signed on 7/5/2000 Granting Motion by defendants for extension of time until 7/10/2000 to file motion to dismiss or, in the alternative summary judgment, further, response due 8/10/2000 and reply due 9/9/2000 (Related Doc # 29). Judge Dan A. Polster (M, J) (Entered: 11/02/2000) |

| 07/10/2000 | 31 | Motion for leave to file excess pages *as to their motion to dismiss or, in the alternative summary judgment,* (related document(s)30) filed by Jeffrey D. Zimon of Benesch Friedlander Coplan & Aronoff on behalf of all defendants.(M, J) (Entered: 11/02/2000) |
|---|---|---|
| 07/14/2000 | 32 | Marginal Order signed on 7/14/2000 Granting Motion by defendants for leave to file excess pages as to their motion to dismiss or, in the alternative summary judgment (Related Doc # 31). Judge Dan A. Polster (M, J) (Entered: 11/02/2000) |
| 07/14/2000 | 33 | Motion for summary judgment *or, in the alternative*, Motion to dismiss case (related document(s)26) filed by Jeffrey D. Zimon of Benesch Friedlander Coplan & Aronoff on behalf of all defendants. (Attachments: # 1 Memorandum in Support# 2 Exhibits (Complete Document on File in Clerk's Office))(M, J) (Entered: 11/02/2000) |
| 08/09/2000 | 34 | Motion for extension of time to file response/reply *until 8/17/2000 to defendants' motion to dismiss or, in the alternative summary judgment,* (related document(s)33) filed by Jori B. Naegele of Gary, Naegele & Theado on behalf of all plaintiffs.(M, J) (Entered: 11/02/2000) |
| 08/14/2000 | 35 | Marginal Order signed on 8/14/2000 Granting Motion by plaintiffs for extension of time until 8/17/2000 to file response to defendants' motion to dismiss or, in the alternative summary judgment, defendants' reply due 9/16/2000 (Related Doc # 34). Judge Dan A. Polster (M, J) (Entered: 11/02/2000) |
| 08/15/2000 | 36 | Motion for leave to file excess pages *for memorandum in support of plaintiffs' response to defendants' motion to dismiss or, in the alternative summary judgment,* (related document(s)33) filed by Jori B. Naegele of Gary, Naegele & Theado on behalf of all plaintiffs.(M, J) (Entered: 11/02/2000) |
| 08/17/2000 | 37 | Opposition *to defendants' second motion to dismiss or, in the alternative summary judgment, (Complete Document on File in Clerk's Office),* filed by Jori B. Naegele of Gary, Naegele & Theado on behalf of all plaintiffs. (Related motion(s)33) (M, J) (Entered: 11/02/2000) |
| 08/22/2000 | 38 | Marginal Order signed on 8/22/2000 Granting Motion by plaintiffs for leave to file excess pages in opposition to defendants' motion to dismiss or, in the alternative summary judgment (Related Doc # 36). Judge Dan A. Polster (M, J) (Entered: 11/02/2000) |
| 09/13/2000 | 39 | Motion for extension of time to file response/reply *until 10/2/2000 for reply to plaintiffs' opposition to defendants' motion to dismiss or, in the alternative summary judgment,* (related document(s)37, 33) filed by Jeffrey D. Zimon of Benesch Friedlander Coplan & Aronoff on behalf of all defendants.(M, J) (Entered: 11/02/2000) |
| 09/19/2000 | 40 | Marginal Order signed on 9/19/2000 Granting Motion by defendants for extension of time until 10/2/2000 to file reply to plaintiffs' opposition to |

|            |    |                                                                                                                                                                                                                                                                              |
|------------|----|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |    | their motion to dismiss or, in the alternative summary judgment (Related Doc # 39). Judge Dan A. Polster (M, J) (Entered: 11/02/2000)                                                                                                                                              |
| 09/28/2000 | 41 | Motion for extension of time to file response/reply *until 10/4/2000 to plaintiffs' opposition to their motion to dismiss or, in the alternative summary judgment,* (related document(s)40) filed by Jeffrey D. Zimon of Benesch Friedlander Coplan & Aronoff on behalf of all defendants.(M, J) (Entered: 11/02/2000) |
| 10/04/2000 | 42 | Marginal Order signed on 10/4/2000 Granting Motion by defendants for extension of time until 10/4/2000 to file reply to plaintiffs' opposition to their motion to dismiss or, in the alternative summary judgment (Related Doc # 41). Judge Dan A. Polster (M, J) (Entered: 11/02/2000) |
| 10/04/2000 | 43 | Motion for leave to file excess pages *for its reply brief in support of its dispositve motion,* (related document(s)33) filed by Jeffrey D. Zimon of Benesch Friedlander Coplan & Aronoff on behalf of all defendants.(M, J) (Entered: 11/03/2000) |
| 10/04/2000 | 44 | Reply *in support of their motion to dismiss or, in the alternative summary judgment,* filed by Jeffrey D. Zimon of Benesch Friedlander Coplan & Aronoff on behalf of all defendants. (Related motion(s)33) (Other related filing(s) 37) (M, J) (Entered: 11/03/2000) |
| 10/11/2000 | 45 | Marginal Order signed on 10/11/2000 Granting Motion by defendants for leave to file excess pages for their reply in support of their motion to dismiss or, in the alternative summary judgment (Related Doc # 43). Judge Dan A. Polster (M, J) (Entered: 11/03/2000) |
| 11/03/2000 | 46 | Order signed by Judge Polster on 11/3/00. Case to proceed in the electronic filing system. All further documents, notices and orders are to be filed electronically. (P, R) (Entered: 11/03/2000) |
| 11/22/2000 |    | Notice *Plaintiffs' Request for Oral Argument* (related document(s)44) filed by Jori B. Naegele of Gary, Naegele & Theado on behalf of all plaintiffs.(Naegele, Jori) FILING ERROR. WRONG EVENT USED. REFILED--SEE #47. Modified on 11/27/2000 (P, S). (Entered: 11/22/2000) |
| 11/22/2000 | 47 | Motion for oral argument to respond to new arguments raised by defendants in their reply (related document(s)44) filed by Jori B. Naegele of Gary, Naegele & Theado on behalf of all plaintiffs.(P, S) Modified text on 11/27/2000 (P, S). (Entered: 11/27/2000) |
| 11/30/2000 | 48 | Response *of Defendants to Plaintiff's Request for Oral Argument* filed by Jeffrey D. Zimon of Benesch Friedlander Coplan & Aronoff on behalf of Retirement Income Plan for Pilots of U.S. Air, Inc., US Airways Group, Inc.. (Related motion(s)47) (Zimon, Jeffrey) (Entered: 11/30/2000) |
| 11/30/2000 | 49 | Motion for extension of time until 12/12/00 to file a sur-reply to defendant's reply related to defendant's motion to dismiss (related document(s)21, 37, 44) filed by Jori B. Naegele of Gary, Naegele & Theado on behalf of all plaintiffs.(Naegele, Jori) Modified docket text on 12/1/2000 (P, S). (Entered: |

|  | | 11/30/2000) |
|---|---|---|
| 12/01/2000 | | Order (non-document) by Judge Polster on 12/1/2000 Denying Plaintiffs' Motion for Oral Argument. Plaintiffs to file sur-reply by 12/6/00. (Related Doc # 47) (P, R) Modified on 12/4/2000 (P, R). (Entered: 12/01/2000) |
| 12/04/2000 | | Order (non-document) by Judge Polster on 12/4/2000 Granting Plaintiffs' Motion for extension of time until 12/12/00 to file sur-reply (Related Doc # 49) (P, R) (Entered: 12/04/2000) |
| 12/12/2000 | 50 | Sur-Reply *In Opposition To Defendants' Motion To Dismiss Or In The Alternative For Summary Judgment* filed by Jori B. Naegele of Gary, Naegele & Theado on behalf of all plaintiffs. (Related motion(s)33) (Other related filing(s) 33) (Naegele, Jori) (Entered: 12/12/2000) |
| 01/24/2001 | 51 | Case Management Conference Scheduling Order signed by Judge Polster on 1/24/01. Case management conference to be held on 2/2/2001 at 1:30 PM, at Chambers 526, Akron. (P, R) (Entered: 01/24/2001) |
| 01/30/2001 | 52 | Report of Parties' Planning Meeting filed by Jori B. Naegele of Gary, Naegele & Theado on behalf of all parties. (Attachments: # 1 Letters of Counsel)(Naegele, Jori) Modified docket text on 1/31/2001 (P, S). (Entered: 01/30/2001) |
| 01/31/2001 | 53 | Notice of rescheduling case management conference for 2:00 p.m. on 2/2/2001, at Chambers 526, Akron. (P, R) (Entered: 01/31/2001) |
| 02/02/2001 | 54 | Minute Sheet - Case Management Conference held 2/2/01. (P, R) (Entered: 02/02/2001) |
| 02/09/2001 | 55 | Order signed by Judge Polster on 2/9/01. Plaintiff to file brief by 3/16/01, defendant to respond by 4/16/01, and Plaintiff's reply due 4/30/01 .(P, R) (Entered: 02/09/2001) |
| 03/16/2001 | 56 | Supplemental Brief in Opposition to defendants' motion for summary judgment or, in the alternative motion to dismiss, that Count III Should Not Be Dismissed (related motion(s)33) filed by Jori B. Naegele of Gary, Naegele & Theado on behalf of all plaintiffs.(Naegele, Jori) Text Modified on 3/19/2001 (M, J). (Entered: 03/16/2001) |
| 04/10/2001 | 57 | Motion for extension of time until 4/30/2001 to file a reply to plaintiffs' supplemental brief opposing defendants' summary judgment motion (related document(s) 56) filed by Jeffrey D. Zimon of Benesch Friedlander Coplan & Aronoff on behalf of all defendants.(Zimon, Jeffrey) Text Modified on 4/11/2001 (M, J). (Entered: 04/10/2001) |
| 04/11/2001 | | Order (non-document) by Judge Polster on 4/11/2001 Granting Defendants' Motion for extension of time until 4/30/01 to file reply to plaintiffs' Supplemental Opposition to defendants' Motion for Summary Judgment (Related Doc # 57) (P, R) (Entered: 04/11/2001) |
| 04/30/2001 | 58 | Reply *to Plaintiffs' Supplemental Brief on Count III* filed by US Airways Group, Inc.. (Attachments: # 1 Exhibit Attachment 1# 2 Exhibit Attachment |

2) (Related motion(s)33) (Zimon, Jeffrey) (Entered: 04/30/2001)

| | | |
|---|---|---|
| 05/08/2001 | 59 | Motion for extension of time until 5/21/2001 to file reply *to Defendants' Opposition to Plaintiffs' Supplemental Brief on Count III* (related document(s)57) filed by all plaintiffs.(Naegele, Jori) Text Modified on 5/9/2001 (M, J). (Entered: 05/08/2001) |
| 05/08/2001 | | Order (non-document) by Judge Polster on 5/8/2001 Granting Plaintiff's Motion for extension of time until 5/21/01 to file reply (Related Doc # 59). (P, R) (Entered: 05/08/2001) |
| 05/21/2001 | 60 | Reply *to Defendants' Opposition to Plaintiffs' Supplemental Brief on Count III* filed by all plaintiffs. (Related motion(s)33) (Naegele, Jori) (Entered: 05/21/2001) |
| 07/25/2001 | 61 | Memorandum, Opinion and Order signed on 7/25/2001 granting defendants' motion to dismiss, or in the alternative, for summary judgment (Related document(s)33). Judge Dan A. Polster (M, J) (Entered: 07/25/2001) |
| 07/25/2001 | 62 | Judgment and Notice of Case Dismissal signed on 7/25/2001, pursuant to Civil Rule 58 of Civil Procedure, case is terminated and dismissed with prejudice (Related document(s)61). Judge Dan A. Polster (M, J) (Entered: 07/25/2001) |
| 08/23/2001 | 63 | Notice of Appeal *to the 6th Circuit Court of Appeals from the memorandum of opinion and orders of 7/25/01,* filed by all plaintiffs. Filing fee paid; receipt number 627878. (Attachments: # 1 Exhibit)(Related document(s)61, 62) (H, S P) (Entered: 08/24/2001) |
| 08/30/2001 | 64 | Acknowledgment from the United States Court of Appeals for the Sixth Circuit of receipt of Notice of Appeal (Related documents(s) 63). USCA #01-3913. Filed 8/28/01. (R, J A) (Entered: 08/31/2001) |
| 12/03/2001 | 65 | Unopposed Motion to supplement *the record (Complete Document on File in Clerk's Office) (199 pages)* filed by all defendants. (M, J A) (Entered: 12/05/2001) |
| 12/12/2001 | 66 | Marginal Order signed by Judge Polster on 12/12/2001 Granting Defendants' Unopposed Motion to supplement the record. (Related Doc # 65) (P, R) (Entered: 12/12/2001) |
| 02/06/2006 | 67 | Appeal Order from USCA for the Sixth Circuit: Granting the motions to substitute counsel and for leave to file a supplemental brief re 63 Notice of Appeal (USCA# 01-3913). Date issued by USCA 2/3/06 (H, S P) (Entered: 02/07/2006) |
| 05/22/2006 | 68 | Appeal Order from USCA for the 6th Circuit: Granting US Airways Group, Inc.'s motion to be dismissed as a party to this appeal 63 (USCA# 01-3913). Date issued by USCA 5/19/06 (H, S P) (Entered: 05/24/2006) |
| 09/15/2006 | 69 | Information Copy of opinion from USCA for the Sixth Circuit: Reversing the District Court and hold that there is appropriate subject matter jurisdiction for counts I, II, III and V. Affirming the District Court's |

dismissal based on a lack of subject matter jurisdiction as to counts IV and VI re <u>63</u> Notice of Appeal (USCA# 01-3913). This is not a mandate order. Circuit Judges: Martin and Ryan, District Judge: Marbley. Date issued by USCA 9/13/06 (Attachments: # <u>1</u> Judgment) (H, S P) (Entered: 09/18/2006)

| 10/02/2006 | <u>70</u> | Appeal Remark from USCA for the 6th Circuit: Corrected page from 9/13/06 opinion re <u>69</u> (USCA# 01-3913) (H, S P) (Entered: 10/03/2006) |
|---|---|---|
| 10/30/2006 | <u>71</u> | True copy of mandate from the USCA for the Sixth Circuit: Affirming in part and reversing in part the judgment of the District Court as to <u>63</u> Notice of Appeal (USCA# 01-3913). Date issued as mandate 10/26/06, Costs: None (Related document <u>69</u>) (H, S P) (Entered: 10/31/2006) |
| 12/07/2006 | | Financial Transaction in the amount of 200.00 received for motion to appear pro hac vice by attorneys Jacks C. Nickens and Jessica L. Wilson, Receipt # 14660005226 (R, Sh) (Entered: 12/07/2006) |
| 12/18/2006 | | Minutes of Proceedings (non-document). Telephone Conference held on 12/18/06. Telephone Conference set for 1/29/2007 11:00 AM before Hon. Dan Aaron Polster. By Judge Dan Aaron Polster on 12/18/06. (P, R) (Entered: 12/18/2006) |
| 01/24/2007 | <u>72</u> | Motion to substitute Jacks C. Nickens and Jessica L. Wilson as lead attorneys on behalf of plaintiffs filed by all plaintiffs. (Attachments: # <u>1</u> Proposed Order)(B,B) (Entered: 01/25/2007) |
| 01/26/2007 | | Order [non-document] granting Motion to substitute attorney, attorney Ari Karen; Marc I. Machiz; Jori B. Naegele; Joseph M. Sellers; Thomas R. Theado; Thomas A. Downie and Robert D. Gary removed from case. Attorneys Jacks C. Nickens, Jr and Jessica L. Wilson for plaintiffs added to case. (Related Doc # <u>72</u>). By Judge Dan Aaron Polster on 1/26/07.(P,R) (Entered: 01/26/2007) |
| 01/29/2007 | | Minutes of Proceedings (non-document). Telephone Conference held on 1/29/07. Defendant represented it is amenable to discussing settlement, and that the parties will continue efforts to determine the appropriate class. Telephone Conference set for 3/5/2007 12:00 PM before Hon. Dan Aaron Polster.(P,R) (Entered: 01/30/2007) |
| 03/06/2007 | <u>73</u> | Order. Amended complaint due by 3/30/2007, Motion to dismiss or transfer for lack of venue due by 4/30/2007, Response due 5/30/07 and reply 6/15/07. Signed by Judge Dan Aaron Polster on 3/6/07.(C,KA) (Entered: 03/07/2007) |
| 03/22/2007 | <u>74</u> | Returned Mail addressed to Kurt Smidansky marked not at this address. Related document(s)<u>73</u>. (C,KA) (Entered: 03/23/2007) |
| 03/30/2007 | <u>75</u> | Third Amended complaint against Pension Benefit Guaranty Corporation. Filed by Richard Mahoney, Donald V. Nippert, James C. Stephens, Floyd G. Stephens. (Wilson, Jessica) (Entered: 03/30/2007) |
| 04/11/2007 | <u>76</u> | Praecipe *for Issuance of summons* filed by all plaintiffs. Related document(s)<u>75</u>. (Attachments: # <u>1</u> Summons, Pension Benefit Guaranty |

Corporation)(Wilson, Jessica) Modified text on 4/12/2007 (B, B). (Entered: 04/11/2007)

| | | |
|---|---|---|
| 04/12/2007 | 77 | Summons issued to electronically counsel on 4/12/2007 for service upon Pension Benefit Guaranty Corporation. (B,B) (Entered: 04/12/2007) |
| 04/12/2007 | 78 | Praecipe *for Issuance of original summons* filed by all plaintiffs. Related document(s)75. (Attachments: # 1 Summons to Pension Benefit Guaranty Corporation by serving Office of the United States Attorney)(Wilson, Jessica) Modified text on 4/12/2007 (B, B). (Entered: 04/12/2007) |
| 04/12/2007 | 79 | Praecipe *for Issuance of original summons* filed by all plaintiffs. Related document(s)75. (Attachments: # 1 Summons to Pension Benefit Guaranty Corporation, by serving U.S. Attorney's Office, Civil Division)(Wilson, Jessica) Modified text on 4/12/2007 (B, B). (Entered: 04/12/2007) |
| 04/12/2007 | 80 | Summons issued electronically to counsel on 4/12/2007 for service upon Pension Benefit Guaranty Corporation. (Attachments: # 1 Summons) (B,B) (Entered: 04/12/2007) |
| 04/30/2007 | 81 | Motion to dismiss *Plaintiff's Third Amended Complaint* filed by Pension Benefit Guaranty Corporation. (Attachments: # 1 Memorandum in Support# 2 Certificate of Service# 3 Proposed Order)(Thomas, Stephanie) Modified text on 5/1/2007 (B, B). (Entered: 04/30/2007) |
| 05/22/2007 | 82 | Praecipe *for Issuance of Summons* filed by all plaintiffs. Related document(s)75. (Attachments: # 1 Summons to Pension Benefit Guaranty Corporation, by serving Attorney General of the United States)(Wilson, Jessica) (Entered: 05/22/2007) |
| 05/30/2007 | 83 | Summons issued to counsel for service upon Pension Benefit Guaranty Corporation (related doc 82). (C,KA) (Entered: 05/30/2007) |
| 05/30/2007 | 84 | Opposition to 81 Motion to dismiss *//Defendant PBGC's Motion to Dismiss Plaintiff's Third Amended Coplaint* filed by all plaintiffs. (Wilson, Jessica) (Entered: 05/30/2007) |
| 06/15/2007 | 85 | Reply in support of 81 Motion to dismiss *Plaintiff's Third Amended Complaint* filed by Pension Benefit Guaranty Corporation. (Attachments: # 1 Certificate of Service)(Thomas, Stephanie) Modified text on 6/19/2007 (B, B). (Entered: 06/15/2007) |
| 06/28/2007 | 86 | **Order** of transfer to United States District Court for the District of Columbia. The portion of PBGC's motion 81 to dismiss dealing w/venue is moot. The court is not ruling on any other part. Signed by Judge Dan Aaron Polster on 6/28/07.(C,KA) (Entered: 06/28/2007) |
| 06/28/2007 | 87 | Letter of transfer. Related document(s)86. (C,KA) (Entered: 06/28/2007) |

K
07-1264
RMC

JS-44
(Rev.1/05 DC)

## I. (a) PLAINTIFFS

JAMES C. STEPHENS, ET AL

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** 88888
**(EXCEPT IN U.S. PLAINTIFF CASES)**

## DEFENDANTS

U.S. AIRWAYS GROUP, INC.
ET AL

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
**(IN U.S. PLAINTIFF CASES ONLY)**
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

Case: 1:07-cv-01264
Assigned To : Collyer, Rosemary M.
Assign. Date : 7/16/2007
Description: Labor-ERISA

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☒ Federal Question
(U.S. Government Not a Party)

☐ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

## III CITIZEN
FOR PLAINTIFF AND ONE BOX FOR ...

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
**(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)**

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

***(If Antitrust, then A governs)***

## ☐ E. General Civil (Other) OR ☐ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

## No Summons Issued

| □ G. Habeas Corpus/ 2255 | □ H. Employment Discrimination | □ I. FOIA/PRIVACY ACT | □ J. Student Loan |
|---|---|---|---|
| □ 530 Habeas Corpus-General | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation) | □ 895 Freedom of Information Act | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |
| □ 510 Motion/Vacate Sentence | | □ 890 Other Statutory Actions (if Privacy Act) | |
| | *(If pro se, select this deck)* | *(If pro se, select this deck)* | |

| ●K. Labor/ERISA (non-employment) | □ L. Other Civil Rights (non-employment) | □ M. Contract | □ N. Three-Judge Court |
|---|---|---|---|
| □ 710 Fair Labor Standards Act | □ 441 Voting (if not Voting Rights Act) | □ 110 Insurance | □ 441 Civil Rights-Voting (if Voting Rights Act) |
| □ 720 Labor/Mgmt. Relations | □ 443 Housing/Accommodations | □ 120 Marine | |
| □ 730 Labor/Mgmt. Reporting & Disclosure Act | □ 444 Welfare | □ 130 Miller Act | |
| □ 740 Labor Railway Act | □ 440 Other Civil Rights | □ 140 Negotiable Instrument | |
| □ 790 Other Labor Litigation | □ 445 American w/Disabilities-Employment | □ 150 Recovery of Overpayment & Enforcement of Judgment | |
| ●791 Empl. Ret. Inc. Security Act | □ 446 Americans w/Disabilities-Other | □ 153 Recovery of Overpayment of Veteran's Benefits | |
| | | □ 160 Stockholder's Suits | |
| | | □ 190 Other Contracts | |
| | | □ 195 Contract Product Liability | |
| | | □ 196 Franchise | |

**V. ORIGIN**

| □ 1 Original Proceeding | □ 2 Removed from State Court | □ 3 Remanded from Appellate Court | □ 4 Reinstated or Reopened | ■ 5 Transferred from another district (specify) | □ Multi district Litigation | □ 7 Appeal to District Judge from Mag. Judge |
|---|---|---|---|---|---|---|

USDC NDO - Youngstown

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

29 USC 1132 E.R.I.S.A.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS   □ ACTION UNDER F.R.C.P. 23   **DEMAND $** _____   Check YES only if demanded in complaint   **JURY DEMAND:** □ YES ●NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   □ YES ●NO   If yes, please complete related case form.

**DATE** July 16, 2009   **SIGNATURE OF ATTORNEY OF RECORD** NCD

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd