*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **JAMES C. STEPHENS et al,**<br>　　　　　Plaintiff(s),<br><br>　　　　　vs.<br><br>**US AIRWAYS GROUP, INC. et al**<br>　　　　　Defendant(s). | Civil Case No.  07-1264 (RMC) |

## NOTICE REGARDING EXHIBIT

Pursuant to the procedures for filing documents electronically, as outlined in the previous Order of the Court, this Notice serves as notification that the transfer documents in this case from the Northern District of Ohio (Youngstown) have been filed in paper form in a the Clerk's Office.  They are available for public viewing and copying between the hours of 9:00 a.m. and 4:00 p.m., Monday through Friday.

　　　　　　　　　　　　　　　　　　　　　　**NANCY MAYER-WHITTINGTON**

　　　　　　　　　　　　　　　　　　　　　　Clerk