# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES C. STEPHENS, et al.,** | § |
| Plaintiffs, | § |
| v. | § |
| **US AIRWAYS GROUP, INC., et al.,** | §   Civil Action No. 07-1264 (RMC) |
| Defendants. | § |
| | § |

## MOTION FOR *PRO HAC VICE* ADMISSION OF
## JACKS C. NICKENS

I, Roger E. Zuckerman, file this motion for the *pro hac vice* admission of Jacks C. Nickens so that Mr. Nickens may appear on behalf of Plaintiffs in this case.

1.  I am a practicing attorney and a member in good standing with the Bar of the United States District Court for the District of Columbia. My D.C. Bar identification number is 134346. My office address, telephone number, and fax number are included below on the signature block.

2.  Jacks C. Nickens is a reputable attorney, and I recommend that the Court permit him to practice in this case. A declaration by Mr. Nickens and a proposed order for admitting Mr. Nickens is attached hereto.

FOR THESE REASONS, Roger E. Zuckerman moves that Jacks C. Nickens be admitted to practice *pro hac vice* before this Court in the above-captioned case.

1412042.1

-2-

Date: August 15, 2007                                   Respectfully submitted,

                                                        /s/ Roger E. Zuckerman
                                                        By: Roger E. Zuckerman (D.C. Bar # 134346)
                                                        rzuckerman@zuckerman.com
                                                        **ZUCKERMAN SPAEDER LLP**
                                                        1800 M Street, N.W., Suite 1000
                                                        Washington, D.C. 20036
                                                        (202) 778-1800
                                                        (202) 822-8106 (fax)

                                                        COUNSEL FOR PLAINTIFFS

**CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of August, 2007, a copy of the foregoing Motion for *Pro Hac Vice* Admission of Jacks C. Nickens was served upon all counsel of record by the Court's Electronic Case filing system and by United States mail, addressed as follows:

Israel Goldowitz
Charles L. Finke
Stephanie Thomas
Jean Marie Breen
PENSION BENEFITY GUARANTY
  CORPORATION
1200 K Street, N.W., Suite 340
Washington, D.C. 20005-4026

                                                        /s/ Roger E. Zuckerman
                                                        Roger E. Zuckerman (D.C. Bar # 134346
                                                        rzuckerman@zuckerman.com
                                                        **ZUCKERMAN SPAEDER LLP**
                                                        1800 M Street, N.W., Suite 1000
                                                        Washington, D.C. 20036
                                                        (202)778-1800
                                                        (202) 822-8106 (fax)

1412042.1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES C. STEPHENS, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| vs. | ) Civil Action No. 07-1264 (RMC) |
| | ) |
| US AIRWAYS GROUP, INC., et al., | ) |
| | ) |
| Defendants. | ) |

## DECLARATION OF JACKS C. NICKENS

STATE OF TEXAS         §
                       §
COUNTY OF HARRIS       §

I, JACKS C. NICKENS, hereby apply for permission to appear as counsel *pro hac vice* for Plaintiffs in the above-captioned matter and declare as follows:

1. I am an attorney with Nickens Keeton Lawless Farrell & Flack LLP in Houston, Texas. I reside in Texas.

2. My academic background is: Harvard College, A.B. '71, *magna cum laude*; and Harvard Law School, J.D. '75, *cum laude*. I am admitted to practice law before all the courts of the State of Texas. I became a member of the Texas bar in November 1975. I am admitted to practice law in front of the United States Supreme Court; the United States Courts of Appeals for the Third, Fifth, Seventh, and Ninth Circuits; the United States District Court for the Southern, Eastern, Western, and Northern Districts of Texas; and the United States District Court for the Northern District of Ohio.

3. I am a member in good standing of all of the courts identified in Paragraph 2.

1412037.1

4.  I am not currently suspended from nor have I been disbarred from the practice of law in any court, nor have I been disciplined by any bar identified in Paragraph 2.

5.  I have never sought *pro hac vice* admission in this Court.

6.  My contact information is as follows:
    Jacks C. Nickens
    Nickens Keeton Lawless
        Farrell & Flack LLP
    600 Travis St., Ste. 7500
    Houston, TX 77002
    (713) 571-9191
    (713) 571-9652 (Fax)
    jnickens@nickenskeeton.com
    Texas Bar No. 15013800

7.  I declare under the penalty of perjury under the laws of the State of Texas that the foregoing is true and correct to the best of my knowledge and belief.

DATED this 16th day of August, 2007.

_____
JACKS C. NICKENS

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES C. STEPHENS, et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | Civil Action No. 07-1264 (RMC) |
| ) | |
| **US AIRWAYS GROUP, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |

ORDER ON MOTION FOR *PRO HAC VICE*
ADMISSION OF JACKS C. NICKENS

The Court, having considered the Motion for *Pro Hac Vice* Admission of Jacks C. Nickens and the attached Declaration of Jacks C. Nickens, finds that the Motion should be GRANTED. It is, therefore,

ORDERED that Jacks C. Nickens is admitted *pro hac vice* to the United States District Court for the District of Columbia.

SIGNED this _____ day of _____, 2007.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

1412040.1