# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **JAMES C. STEPHENS, et al.,** | § |
| Plaintiffs, | § |
| v. | § |
| **US AIRWAYS GROUP, INC., et al.,** | §    **Civil Action No. 07-1264 (RMC)** |
| Defendants. | § |
| | § |

# MOTION FOR *PRO HAC VICE* ADMISSION OF
# JESSICA L. WILSON

I, Roger E. Zuckerman, file this motion for the *pro hac vice* admission of Jessica L. Wilson so that Ms. Wilson may appear on behalf of Plaintiffs in this case.

1. I am a practicing attorney and a member in good standing with the Bar of the United States District Court for the District of Columbia. My D.C. Bar identification number is 134346. My office address, telephone number, and fax number are included below on the signature block.

2. Jessica L. Wilson is a reputable attorney, and I recommend that the Court permit her to practice in this case. A declaration by Ms. Wilson and a proposed order for admitting Ms. Wilson is attached hereto.

FOR THESE REASONS, Roger E. Zuckerman moves that Jessica L. Wilson be admitted to practice *pro hac vice* before this Court in the above-captioned case.

Date: August 15, 2007                           Respectfully submitted,


                                                /s/ Roger E. Zuckerman
                                                By: Roger E. Zuckerman (D.C. Bar # 134346)
                                                rzuckerman@zuckerman.com
                                                **ZUCKERMAN SPAEDER LLP**
                                                1800 M Street, N.W., Suite 1000
                                                Washington, D.C. 20036
                                                (202) 778-1800
                                                (202) 822-8106 (fax)

                                                COUNSEL FOR PLAINTIFFS


## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August, 2007, a copy of the foregoing Motion for

*Pro Hac Vice* Admission of Jessica L. Wilson was served upon all counsel of record by the

Court's Electronic Case filing system and by United States mail, addressed as follows:

    Israel Goldowitz
    Charles L. Finke
    Stephanie Thomas
    Jean Marie Breen
    PENSION BENEFITY GUARANTY
      CORPORATION
    1200 K Street, N.W., Suite 340
    Washington, D.C. 20005-4026


                                                /s/ Roger E. Zuckerman
                                                Roger E. Zuckerman (D.C. Bar # 134346
                                                rzuckerman@zuckerman.com
                                                **ZUCKERMAN SPAEDER LLP**
                                                1800 M Street, N.W., Suite 1000
                                                Washington, D.C. 20036
                                                (202)778-1800
                                                (202) 822-8106 (fax)

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES C. STEPHENS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 07-1264 (RMC)** |
| | ) | |
| **US AIRWAYS GROUP, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## DECLARATION OF JESSICA L. WILSON

STATE OF TEXAS           §
                                        §
COUNTY OF HARRIS     §

I, JESSICA L. WILSON, hereby apply for permission to appear as counsel *pro hac vice* for Plaintiffs in the above-captioned matter and declare as follows:

1.      I am an attorney with Nickens Keeton Lawless Farrell & Flack LLP in Houston, Texas. I reside in Texas.

2.      My academic background is: Vassar College, A.B. '97; and Vanderbilt Law School, J.D. '00. I am admitted to practice law before all the courts of the State of Texas. I became a member of the Texas bar in November 2000. I am admitted to practice law in front of the Fifth Circuit Court of Appeals; the United States District Court for the Southern, Eastern, and Northern Districts of Texas; and the United States District Court for the Northern District of Ohio.

3.      I am a member in good standing of all of the courts identified in Paragraph 2.

1412035.1

4.      I am not currently suspended from nor have I been disbarred from the practice of law

in any court, nor have I been disciplined by any bar identified in Paragraph 2.

5.      I have never sought *pro hac vice* admission in this Court.

6.      My contact information is as follows:

Jessica L. Wilson
Nickens Keeton Lawless
    Farrell & Flack LLP
600 Travis St., Ste. 7500
Houston, TX 77002
(713) 571-9191
(713) 571-9652 (Fax)
jwilson@nickenskeeton.com
Texas Bar No. 24028230

7.      I declare under the penalty of perjury under the laws of the State of Texas that the

foregoing is true and correct to the best of my knowledge and belief.

DATED this __8__ day of August, 2007.

JESSICA L. WILSON

1412035.1

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES C. STEPHENS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 07-1264 (RMC)** |
| | ) | |
| **US AIRWAYS GROUP, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER ON MOTION FOR *PRO HAC VICE*
## ADMISSION OF JESSICA L. WILSON

The Court, having considered the Motion for *Pro Hac Vice* Admission of Jessica L. Wilson and the attached Declaration of Jessica L. Wilson, finds that the Motion should be GRANTED. It is, therefore,

ORDERED that Jessica L. Wilson is admitted *pro hac vice* to the United States District Court for the District of Columbia.

SIGNED this _____ day of _____, 2007.

_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE

1412038.1