UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES C. STEPHENS, *et al.*, | ) <br> ) |
| Plaintiffs, | ) <br> ) |
| v. | )    Civil Action No. 07-1264 (RMC) |
| US AIRWAYS GROUP, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

### ORDER

For the reasons stated in the Memorandum Opinion filed separately and contemporaneously herewith, it is hereby

**ORDERED** that, Defendant's First Amended Motion to Dismiss [Dkt. # 5] is **GRANTED in part** and **DENIED in part**; and it is

**FURTHER ORDERED** that Defendant's motion to dismiss Count III of the Third Amended Complaint is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant's motion to dismiss Plaintiffs' claim for attorneys' fees is **GRANTED**; and it is

**FURTHER ORDERED** that Defendant's motion to dismiss Plaintiffs' claims relating to putative class members who received their benefits prior to January 19, 1994 as time-barred is **DENIED WITHOUT PREJUDICE**.

      **SO ORDERED**.

Date: May 20, 2008                         /s/
                                                   ROSEMARY M. COLLYER
                                                   United States District Judge