UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES C. STEPHENS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 07-1264 (RMC) |
| | ) | |
| US AIRWAYS GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' CONSENTED-TO MOTION FOR CONTINUANCE
OF INITIAL SCHEDULING CONFERENCE**

Jacks C. Nickens (admitted *pro hac vice*)
jnickens@nickenskeeton.com
Jessica L. Wilson (admitted *pro hac vice*)
jwilson@nickenskeeton.com
NICKENS KEETON LAWLESS
  FARRELL & FLACK LLP
600 Travis, Suite 7500
Houston, TX 77002
(713) 571-9191
(713) 571-9652 (Fax)

Roger E. Zuckerman (D.C. Bar # 134346)
rzuckerman@zuckerman.com
ZUCKERMAN SPAEDER LLP
1800 M Street, N.W., Suite 1000
Washington, DC 20036
(202) 778-1800
(202) 822-8106 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

Plaintiffs James C. Stephens, Floyd G. Stephens, Richard Mahoney, and Donald V. Nippert (collectively "Plaintiffs") request a continuance of the Initial Scheduling Conference, currently set for Monday, July 14, 2008, at 10:00 a.m. before this Court. Counsel for Plaintiffs has a previously-scheduled vacation in mid-July. PBGC does not oppose a continuance, but counsel for PBGC has a vacation scheduled for August 11 through 19, which has been reserved and paid for. As a result of counsels' schedules, Plaintiffs request that the Initial Scheduling Conference be re-set to one of the following dates, on which the parties have agreed: September 15, 17-18, or 11, 2008.

The parties intend to conduct the required Fed. R. Civ. P. 26(f) and LCvR 16.3 meeting in accordance with the rescheduled Initial Scheduling Conference, conducting the meeting at least 21 days prior to the rescheduled Initial Scheduling Conference and submitting their Report no later than 14 days following their meeting.

FOR THESE REASONS, the parties jointly request that the Court continue the July 14, 2008 Initial Scheduling Conference be continued to one of the mutually-agreeable dates set out above.

Dated:   June 13, 2008                       Respectfully submitted,


                                             /s/ Jessica L. Wilson
                                             Jacks C. Nickens (admitted *pro hac vice*)
                                             jnickens@nickenskeeton.com
                                             Jessica L. Wilson (admitted *pro hac vice*)
                                             jwilson@nickenskeeton.com
                                             NICKENS KEETON LAWLESS
                                                FARRELL & FLACK LLP
                                             600 Travis, Suite 7500
                                             Houston, TX  77002
                                             (713) 571-9191
                                             (713) 571-9652 (Fax)


                                             /s/ Roger E. Zuckerman w/p JLW
                                             Roger E. Zuckerman (D.C. Bar # 134346)
                                             rzuckerman@zuckerman.com
                                             ZUCKERMAN SPAEDER LLP

1800 M Street, N.W., Suite 1000
Washington, DC  20036
(202) 778-1800
(202) 822-8106 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

**CONSENTED TO:**

/s/ Mark R. Snyder w/p JLW
Israel Goldowitz
Chief Counsel
Charles L. Finke
Deputy Chief Counsel
Stephanie Thomas
Assistant Chief Counsel
Jean Marie Breen
Mark R. Snyder
snyder.mark@pbgc.gov
Attorneys

PENSION BENEFIT GUARANTY CORPORATION
OFFICE OF CHIEF COUNSEL
1200 K Street, N.W., Suite 340
Washington, DC  20005-4026
(202) 326-4020 ext. 3423
(202) 326-4112 (Fax)

**ATTORNEYS FOR DEFENDANT PBGC**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 13th day of June, 2008, a copy of the foregoing Plaintiffs' Consented-To Motion for Continuance of Initial Scheduling Conference was served upon all counsel of record via CM/ECF notification.

/s/ Jessica L. Wilson

40654v1

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **JAMES C. STEPHENS, et al.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action No. 07-1264 (RMC)** |
| | ) | |
| **US AIRWAYS GROUP, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER

Having considered Plaintiffs' Consented-To Motion for Continuance of Initial Scheduling Conference, currently scheduled for Monday, July 14, 2008, at 10:00 a.m., the Court finds that the Motion is meritorious and, therefore, GRANTS Plaintiffs' Consented-To Motion for Continuance of Initial Scheduling Conference. It is, therefore,

ORDERED that the Initial Scheduled Conference in this case shall be continued until September ____, 2008, at ___:___ __.m. Pursuant to LCvR 16.3 of the Local Rules, counsel shall confer at least 21 days prior to the above date and submit their Report addressing all topics listed in LCvR 16.3(c) no later than 14 days following their meeting. Counsel are also directed to either include in their Report, or in a supplemental pleading to be filed no later than 72 hours prior to the Initial Scheduling Conference, a brief statement of the case and the statutory basis for all causes of action and defenses.

SIGNED this ____ day of _____, 2007.


_____
Hon. Rosemary M. Collyer
United States District Judge