**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **JAMES C. STEPHENS,** *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No. 07-1264 (RMC) |
| **US AIRWAYS GROUP, INC.,** *et al.*, | ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Having been advised that this action has been settled, it is hereby

**ORDERED** that the case is **DISMISSED**.  The dismissal shall be without prejudice from now through April 12, 2013.  If settlement is not consummated by that date, either party may reopen the action upon motion approved by the Court.  Should counsel fail to move to reopen the case within the prescribed period, the case shall, without further order, stand dismissed with prejudice.

DATE: February 26, 2013

/s/
ROSEMARY M. COLLYER
United States District Judge

1