# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JAMES C. STEPHENS, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1264 (RMC) |
| | ) | |
| US AIRWAYS GROUP, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## FINAL JUDGMENT

It is hereby adjudicated and decreed:

1.   The parties have moved for the entry of Final Judgment and have advised the Court that they have agreed to the resolution of the individual claims of the plaintiffs, James C. Stephens and Richard Mahoney, which will therefore no longer present themselves for adjudication.

2.   In light of the referenced agreement, and the plaintiffs' motions for class certification having been denied by Orders entered on July 18, 2012, and on December 7, 2012, the individual claims of James C. Stephens and the plaintiffs' class claims in this cause are dismissed with prejudice.  The individual claims of Richard Mahoney are dismissed without prejudice.

_Rosemary M. Collyer_
ROSEMARY M. COLLYER
United States District Judge

Dated: _April 3_, 2013.